**Order entered January 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01506-CV

**DALLAS COUNTY HOSPITAL DISTRICT  D/B/A
PARKLAND HEALTH & HOSPITAL SYSTEM, Appellant**

**V.**

**JAMES RODGERS, IV INDIVIDUALLY,  ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-01728**

## ORDER

We **GRANT** appellant's December 30, 2014 unopposed motion for an extension of time to file a brief.  Appellant shall file a brief by February 16, 2015.  We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE